# United States District Court

WESTERN DISTRICT OF WASHINGTON

LYUBOV ULYANCHUK, et al.,

      v.

BANK OF AMERICA, N.A., et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-554MJP

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiffs' claims in the above-entitled action are DISMISSED in their entirety.

July 15, 2010

BRUCE RIFKIN
Clerk

_____s/ Mary Duett_____
By, Deputy Clerk